This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-38944**

**STATE OF NEW MEXICO,**

Plaintiff-Respondent,

v.

**CYNTHIA L. MEDINA**
**a/k/a CYNTHIA LEE FEREBEE,**

Defendant-Petitioner.

**APPEAL FROM THE DISTRICT COURT OF TAOS COUNTY**
**Emilio J. Chavez, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
M. Victoria Wilson, Assistant Attorney General
Albuquerque, NM

for Appellee

Jones, Snead, Wertheim & Clifford, P.A.
Jerry Todd Wertheim
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** Defendant appeals the denial of a motion to dismiss an indictment asserting a violation of the structural integrity of the grand jury process. [Ex.4 1] This Court's notice of proposed summary disposition proposed to reverse based upon the State's failure to provide sufficient notice of those grand jury proceedings, as required by Rule 5-302A NMRA. [CN 6] In response, the State has filed a notice that it does not intend to file a

memorandum in opposition to this Court's proposed summary reversal. We, therefore, reverse the district court's order denying dismissal of the indictment.

**{2}     IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**JACQUELINE R. MEDINA, Judge**